UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-10100-CV-MARTINEZ/GOODMAN

HOWARD COHAN,

       Plaintiff,

vs.

SUITE DREAMS INN INC.
d/b/a SUITE DREAMS INN,

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through the undersigned counsel, hereby dismisses this matter against Defendant, SUITE DREAMS INN INC. d/b/a SUITE DREAMS INN , with prejudice, as the parties have amicably settled this matter.

## CERTIFICATE OF SERVICE

I certify that on July 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       */s/ Mark D. Cohen*_____
       Mark D. Cohen, Esquire
       Florida Bar No. 347345
       **MARK D. COHEN, P.A.**
       Presidential Circle
       4000 Hollywood Blvd., Ste. 435 So.
       Hollywood, FL 33021
       Telephone: 954-962-1166
       Facsimile: 954-962-1779
       Email: mdcohenpa@yahoo.com
       *Counsel for Plaintiff*